ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v. -                            :  INFORMATION

HENRY GONZALEZ-PENA,                  :  07 Cr.
    a/k/a "Matthew Finizio,"
    a/k/a "Alex Gonzalez,"            :
    a/k/a "Alexander Gomez,"
    a/k/a "Henry Pac,"                :
    a/k/a "Jat Gonzalez,"

             Defendant.          :
- - - - - - - - - - - - - - - - - - x



07 CRIM. - 623

COUNT ONE

The United States Attorney charges:

On or about September 12, 2006, in the Southern District of New York and elsewhere, HENRY GONZALEZ-PENA, a/k/a "Matthew Finizio," a/k/a "Alex Gonzalez," a/k/a "Alexander Gomez," a/k/a "Henry Pac," a/k/a "Jat Gonzalez," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about February 26, 1991, in Kings County Supreme Court, New York, for attempted criminal sale of a controlled substance in the third degree, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland

Security, to reapply for admission.

   (Title 8, United States Code, Sections 1326(a) and (b)(2).)

                                                _____
                                                MICHAEL J. GARCIA
                                                United States Attorney