Ct. Exh. 1
7/11/07

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

HENRY GONZALEZ-PENA,
a/k/a "Matthew Finizio,"
a/k/a "Alex Gonzalez,"
a/k/a" Alexander Gomez,"
a/k/a "Henry Pac,"
a/k/a "Jat Gonzalez,"

　　　　　　　Defendant.

-------------------------------- x

**07 CRIM. - 623 (SCR)**
07 Cr.

**HENRY GONZALEZ-PENA,** a/k/a "Matthew Finizio,"a/k/a "Alex Gonzalez," a/k/a" Alexander Gomez,"a/k/a "Henry Pac," Jat Gonzalez, the above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a)&(b)(2) having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Defendant.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Counsel for Defendant.

Date:　White Plains, New York
　　　　July 11 , 2007