UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

07 Cr. 623 (SCR)

v.

Henry Gonzalez-Pena

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated August 3, 2007, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: *August 16, 2007*

SO ORDERED:

*Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: